# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

130215

BEN PHILLIPS and DEBRA PHILLIPS,
      Plaintiffs-Appellees,

v

ESTATE OF JACOB HEIKKINEN,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130215
COA: 258703
Chippewa CC: 01-005942-CZ

_____/

On order of the Court, the application for leave to appeal the October 13, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
Clerk